JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEHRREK LEE FITZPATRICK,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; HOOPIS GROUP LLC; PETER HOOPIS; CAPSTONE FINANCIAL PARTNERS LLC; JOHN NATOLI; ANDREW MOORE,<br><br>Defendants. | Case No.: 16-CV-02284-CJC(JCx)<br><br>[*Assigned for all purposes to the Honorable Cormac J. Carney and Magistrate Judge Jacqueline Chooljian*]<br><br>[PROPOSED] **ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: December 31, 2016<br>Discovery Cut-Off: July 19, 2019<br>Motion Cut-Off: September 23, 2019<br>Pretrial Conference: November 18, 2019<br>Trial: December 3, 2019 |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having read and considered the Parties' joint stipulation and request for dismissal with prejudice, hereby enters the following order:

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | The entire action, including all claims stated herein against all Parties, is hereby |
| 2 | dismissed with prejudice. |

**IT IS SO ORDERED.**

Dated: March 28, 2019                  By: _____
                                        Hon. Cormac J. Carney
                                        United States District Judge

4818-7609-4345, v. 2